■ In the Matter of STEPHEN DiMAGGIO, Respondent, v J. K. CICOTTI, as Candidate for the Office of First Ward City Councilor, Appellant, and ANGELA LONGO et al., Constituting the Oneida County Board of Elections, et al., Respondents. (Appeal No. 2.) (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Election Law.) Present—Denman, P. J., Green, Pine, Lawton and Doerr, JJ. (Order entered Jan. 15, 1992.)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD McDUFFY, Appellant, v THOMAS A. COUGHLIN, as Commissioner of the Department of Correctional Services, et al., Respondents. Memorandum: Supreme Court properly dismissed the petition for writ of habeas corpus. The contentions petitioner now raises have been considered and rejected on direct appeal *(see, People v McDuffy,* 38 AD2d 836, *affd* 31 NY2d 715), or on other motions, actions and proceedings that petitioner has initiated *(see, People ex rel. Keitt v McMann,* 18 NY2d 257, 262; *People ex rel. Goss v Smith,* 69 NY2d 727, *affg* 116 AD2d 968; *Matter of Tullis v Kelly,* 154 AD2d 926; *Matter of Williams v Henderson,* 124 AD2d 994, *lv denied* 69 NY2d 605; *see also,* CPLR 7003 [b]). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Article 78.) Present—Denman, P. J., Green, Pine, Lawton and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK BLACKSTONE, Appellant. (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Assault, 2nd Degree.) Present—Denman, P. J., Green, Pine, Lawton and Doerr, JJ.